IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 2 3 2009

JAMES W. McCORMACK, CLERK
By: 
DEP CLERK

| | |
|---|---|
| **VALARIE EATON,** | ) |
| **Plaintiff,** | ) |
| v. | ) 3:09CV00038-SWW |
| **WORLDWIDE RECOVERIES, LLC.,** | ) This case assigned to District Judge Wright |
| **Defendant.** | ) and to Magistrate Judge Jones |

### COMPLAINT

NOW COMES the Plaintiff, VALARIE EATON, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her complaint against the Defendant, WORLDWIDE RECOVERIES, LLC., Plaintiff states as follows:

#### I. PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq.

#### II. JURISDICTION & VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692 et seq., and pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

#### III. PARTIES

4. VALARIE EATON, (hereinafter, "Plaintiff") is an individual who was at all relevant times residing in the City of Cash, County of Craighead, State of Arkansas.

1

5. WORLDWIDE RECOVERIES, LLC., (hereinafter, "Defendant") is a business entity engaged in the collection of debt within the State of Arkansas. Defendant is incorporated in the State of California.

6. In its dealings with Plaintiff, Defendant held itself out as being a company collecting a debt allegedly owed by Plaintiff to Citibank.

7. At all relevant times, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

8. At all relevant times, Defendant acted as a debt collector as that term is defined by 15 U.S.C. §1692a(6).

## IV.  ALLEGATIONS

9. On or about March 9, 2009, Plaintiff received a telephone call from Defendant, attempting to collect a debt allegedly owed by Plaintiff to Citibank.

10. The alleged debt of Plaintiff was incurred for personal, family, or household services.

11. During the aforementioned telephone call, Defendant stated that it was calling from a law firm, stated that Plaintiff would be served with papers at 1:30 p.m. on March 9, 2009, and stated that Defendant was going to put a lien on Plaintiff's car.

12. Upon information and belief, Defendant is not a law firm.

13. Plaintiff was not served with papers as threatened by Defendant.

14. In its attempts to collect the debt allegedly owed by Plaintiff to Citibank, Defendant violated the FDCPA, 15 U.S.C. §1692 in one or more of the following ways:

> a. Falsely represented either directly and/or by implication that he was an attorney and/or that the communication was from an attorney in violation of 15 U.S.C. §1692e(3);

    b. Represented or implied that nonpayment of any debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action in violation of 15 U.S.C. §1692e(4);

    c. Threatened to take action that cannot legally or is not intended to be taken in violation of 15 U.S.C. §1692e(5);

    d. Used any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning the consumer in violation of 15 U.S.C. §1692e(10);

    e. Was otherwise deceptive and failed to comply with the provisions of the FDCPA.

15. As a result of Defendant's violations as aforesaid, Plaintiff has suffered, and continues to suffer, personal humiliation, embarrassment, mental anguish and emotional distress.

## V.    JURY DEMAND

16. Plaintiff hereby demands a trial by jury on all issues so triable.

## VI.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff, VALARIE EATON, by and through her attorneys, respectfully prays for judgment as follows:

    a.    All actual compensatory damages suffered;

    b.    Statutory damages of $1,000.00;

    c.    Plaintiff's attorneys' fees and costs;

    d.    Any other relief deemed appropriate by this Honorable Court.

Respectfully submitted,
**VALARIE EATON**

By: _[signature]_

Larry P. Smith
Attorney for Plaintiff

Dated: March 16, 2009

Larry P. Smith (Atty. No.: 6217162)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone: (312) 222-9028
Facsimile: (888) 418-1277
E-Mail: lsmith@smithlaw.us

4