**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| VALARIE EATON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   No. 3:09-cv-00038 SWW |
| v. | ) |
| | ) |
| WORLDWIDE RECOVERIES, LLC., | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, VALARIE EATON, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by all parties.

The dismissal of the above captioned matter is *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this Notice of Dismissal. If this case has not been reinstated within forty-five (45) days from the date of entry of this Notice, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

Respectfully submitted,
**VALARIE EATON**

By:   s/ Larry P. Smith
Attorney for Plaintiff

Dated: July 20, 2009
Larry P. Smith (Atty. No.: 6217162)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:   (312) 222-9028 (x811)
Facsimile:   (888) 418-1277
E-Mail:   lsmith@smithlaw.us